No. 93–9102. CASTRO VASQUEZ *v.* MYERS, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 93–9103. HARDY *v.* PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied. 

No. 93–9106. HERZOG *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. 

No. 93–9108. EVANS *v.* MARYLAND. Ct. App. Md. Certiorari denied. 

No. 93–9110. CROSS *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. 

No. 93–9113. BAKER *v.* RUNYON, POSTMASTER GENERAL, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 93–9117. DEHLER *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 93–9118. BROWN *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 93–9121. ROBEDEAUX *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. 

No. 93–9123. BOYD *v.* WRIGHT, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 93–9126. AGBADA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 93–9128. APELT *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. 

No. 93–9133. SULLIVAN *v.* DELAWARE. Sup. Ct. Del. Certiorari denied. 

No. 93–9134. STONE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93–9136. GILLIAM *v.* SMITH, WARDEN, ET AL. Cir. Ct. Baltimore County, Md. Certiorari denied.